Rel: December 20, 2024

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# Alabama Court of Criminal Appeals

## OCTOBER TERM, 2024-2025

_____

## CR-2023-0983

_____

## Michael Timothy Huff

### v.

## State of Alabama

## Appeal from Russell Circuit Court
## (CC-23-305 and CC-23-549)

KELLUM, Judge.

AFFIRMED BY UNPUBLISHED MEMORANDUM.

Windom, P.J., concurs in part and dissents in part, with opinion, which McCool, J., joins. Cole and Minor, JJ., concur in the result.

WINDOM, Presiding Judge, concurring in part and dissenting in part.

I concur in the portion of the unpublished memorandum that affirms Michael Timothy Huff's conviction and sentence for first-degree hindering prosecution. I do not believe, however, that Huff could have reasonably foreseen Beverly Huff Dunn's death at the hands of Rhonda Crute. See Lewis v. State, 474 So. 2d 766 (Ala. Crim. App. 1985). Therefore, I respectfully dissent from that portion of the unpublished memorandum that affirms his conviction and sentence for reckless manslaughter.